IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN

| | |
|---|---|
| Penn National Insurance, as Subrogee of its Insured, Asphalt Concrete & Demolition & Cutting, and Asphalt Concrete & Demolition & Cutting, <br><br> Plaintiff, <br><br> vs. <br><br> United State of America, <br><br> Defendants. | Case No.: 2:22-cv-182 |

## COMPLAINT

**COMES NOW** the Plaintiff, Penn National Insurance, as subrogee of its Insured, Asphalt Concrete & Demolition & Cutting and Asphalt Concrete & Demolition & Cutting, for it's complaint against the Defendant, United States of America, and state and allege as follows:

### PARTIES

1. Plaintiff Penn National Insurance is a company which does business in Alabama.

2. Plaintiff Asphalt Concrete & Demolition & Cutting is a company which does business in Alabama.

3. Defendant United States of America is a Federal Governmental Agency.

### FACTS

4. On or about August 28, 2019, Asphalt Concrete & Demolition & Cutting was the owner of a vehicle being operated by Samuel White in LOWNDES County, Alabama. At the same date and time, Jacqulyn Miller and Tracey Lashawn Heard were operating vehicles which were involved in a collision whereby Asphalt Concrete & Demolition & Cutting's vehicle was struck. At the time of the accident, Tracey Lashawn Heard was an IT Specialist with the United States Department of Veteran Affairs and working within the line and scope of her Federal Employment.

5. At all times relevant to this Complaint, Asphalt Concrete & Demolition & Cutting's vehicle, was insured by Plaintiff Penn National Insurance.

6. Asphalt Concrete & Demolition & Cutting filed a claim with Penn National Insurance, and Penn National Insurance paid Asphalt Concrete & Demolition & Cutting $14,418.44 for property damage payments resulting from the aforementioned collision.

7. Asphalt Concrete & Demolition & Cutting's insurance policy with Penn National Insurance provided Penn National Insurance a subrogation interest in any amount paid to its insured due to the fault of a third party. It also provided that Asphalt Concrete & Demolition & Cutting was required to pay a deductible of $500.00. Asphalt Concrete & Demolition & Cutting paid a $500.00 deductible for the damages resulting from the aforementioned collision.

## COUNT II
### RESPONDENT SUPERIOR
### (Defendant United States of America)

8. Plaintiffs incorporate by reference the averments in Paragraphs 1-7 of their Complaint as if the same were set forth herein.

9. At all time relevant to this Complaint, Tracey Lashawn Heard was acting within the course and scope of her employment with the United States Department of Veterans Affairs which is an Agency of The United States of America.

10. Under the doctrine of respondent superior, Defendant United States of America is liable for the negligent conduct of its agents, servants, and/or employees.

WHEREFORE Plaintiffs demand judgment against Defendant United States of America in the amount of $14418.44, plus any other damages proved in trial, interest, and the costs of this action. If the Defendant is a military employee, Plaintiff is not aware of any violation of The Servicemembers Civil Relief Act.

RESPECTFULLY SUBMITTED,

Zack M. Azar (AZA004)
Attorney for Plaintiffs

OF COUNSEL:
AZAR & AZAR L.L.C.
8212 Old Federal Road
Montgomery, AL 36117
(334) 265-8551
(334) 264-9453 (facsimile)